263-18/MAM
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
AMERICAN STEAMSHIP OWNERS MUTUAL
PROTECTION AND INDEMNITY ASSOC., INC.
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900 / Facsimile: (212) 425-1901

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
AMERICAN STEAMSHIP OWNERS MUTUAL       **18 CIV 8615 (JPO)**
PROTECTION & INDEMNITY ASSOCIATION, INC.,

                        Plaintiff,
  -against-                                                **AFFIDAVIT OF SERVICE**

TRIUMPH MARITIME LIMITED and DANMAR
SHIPMANAGEMENT LTD.,

                        Defendants.
-----------------------------------------------------------------x

STATE OF NEW YORK    )
COUNTY OF NEW YORK  )  SS:

      I, MANUEL A. MOLINA, after being duly sworn, depose and say that

      1.     I am not a party to the within action, am over 18 years of age and have an office and place of business at 80 Pine Street, New York, New York 10005.

      2.     On or about September 27, 2018, our office sent a copy of the Summons and Complaint to Defendant Triumph Maritime Ltd. ("Triumph Maritime") in a package addressed as "care of" The Trust Company of the Marshall Islands, Inc.," ("TCMI"), at Trust Company Complex, Aljetake Road, Aljetake Island, Majuro MH 96960, and entrusted for delivery to Federal Express International ("FedEx"). TCMI is the registered agent for companies which, like the defendants herein, exist and are incorporated under the laws of the Marshall Islands.

493305.1                                                 1

3. A copy of my cover letter to TCMI enclosing the Summons and Complaint in regard to Defendant Triumph Maritime as well as copy of the FedEx Airway Bill No. 8100-6407-6075 issued for the package sent to TCMI are annexed hereto as Exhibit A.

4. The tracking information obtained from the FedEx website demonstrates FedEx delivered the package to TCMI on October 9, 2018 at 10:54am, and the delivery receipt was signed by an individual named "Jacqueline." Annexed hereto as Exhibit B is copy of the FedEx tracking information confirming delivery to TCMI.

5. On or about September 27, 2018, our office also sent a copy of the Summons and Complaint to Defendant Danmar Shipmanagement Ltd. ("Danmar") in a package addressed "as care of" TCMI and entrusted for delivery to FedEx.

6. A copy of my cover letter to TCMI enclosing the Summons and Complaint in regard to Danmar as well as a copy of the FedEx Airway Bill No. 8100-6407-6075 issued for the package sent to TCMI are annexed hereto as Exhibit C.

7. The tracking information obtained from the FedEx website demonstrates FedEx delivered the package to TCMI on October 9, 2018 at 10:54am, and the delivery receipt was signed by an individual named "Jacqueline." Annexed hereto as Exhibit D is copy of the FedEx tracking information confirming delivery to TCMI.

Dated: New York, New York
 November 7, 2018

_____
Manuel A. Molina

Sworn to before me this
7th day of November, 2018

_____
NOTARY PUBLIC

SHARON J. POYNTZ
NOTARY PUBLIC, State of New York
No. 43-4820992 Qualified in Richmond County
Certificate Filed in New York County
Commission Expires February 28, 2019

493305.1

2