**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
AMERICAN STEAMSHIP
OWNERS MUTUAL PROTECTION
& INDEMNITY ASSOCATION,
INC.,

                Plaintiff,

     -against-

TRIUMPH MARITIME LTD. and DANMAR
SHIPMANAGEMENT, LTD.,
                Defendants.
-----------------------------------------------------------X

18 CIVIL 8615 (JPO)

**DEFAULT JUDGMENT**

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Opinion and Order dated November 26, 2019, Plaintiffs' motion for default judgment is granted; Judgment is entered in favor of Plaintiff as follows: (i) $29,654.79, plus 1% interest per month from May 18, 2018, to the date of judgment in the amount of $437.50; (ii) $350,074.63, plus 1% interest per month from July 9, 2018, to the date of judgment in the amount of $4,395.13; (iii) $14,659.20 in attorneys' fees; and $2,936.42 in costs for a total sum of $402,157.67, and the case is closed.

**DATED**: New York, New York
          November 26, 2019

                                            RUBY J. KRAJICK
                                            Clerk of Court

                                  By:
                                            Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 11/26/2019