UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
AMERICAN STEAMSHIP
OWNERS MUTUAL PROTECTION
& INDEMNITY ASSOCATION,
INC.,

                Plaintiff,

                18 CIVIL 8615 (JPO)

-against-

                **REVISED**
                **DEFAULT JUDGMENT**

TRIUMPH MARITIME LTD. and DANMAR
SHIPMANAGEMENT, LTD.,
                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Opinion and Order dated November 26, 2019, Plaintiff's motion for default judgment is granted; Judgment is entered in favor of Plaintiff as follows: (i) $29,654.79, plus 1% interest per month from May 18, 2018, to the date of judgment in the amount of $5,506.93; (ii) $350,074.63, plus 1% interest per month from July 9, 2018, to the date of judgment in the amount of $58,917.62; (iii) $14,659.20 in attorneys' fees; and $2,936.42 in costs for a total sum of $461,749.57, and the case is closed.

**DATED**: New York, New York
         December 3, 2019

                                          **RUBY J. KRAJICK**
                                             Clerk of Court
                                      By:
                                            Deputy Clerk

                                  THIS DOCUMENT WAS ENTERED
                                  ON THE DOCKET ON 12/3/2019